UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TYSON WHITE PLUME,<br>RAYMOND WHITE PLUME, and<br>SARAH STONE,<br><br>Defendants. | CR 5:22-cr-50033<br><br>REDACTED INDICTMENT<br><br>Second Degree Murder<br>(18 U.S.C. §§ 1111(a) and 1153)<br><br>Accessory After the Fact to Second Degree Murder<br>(18 U.S.C. § 3) |

The Grand Jury charges:

COUNT I

On or about February 5, 2022, at Rockyford, in Indian country, in the District of South Dakota, the defendant, Tyson White Plume, an Indian person, did unlawfully, and with malice aforethought, kill a human being, [Name Redacted], by shooting her, all in violation of 18 U.S.C. §§ 1111(a) and 1153.

COUNT II

On or about February 5, 2022, at Rockyford, in Indian country, in the District of South Dakota, and elsewhere, the defendants, Raymond White Plume and Sarah Stone, knowing that an offense against the United States had been committed, to wit: Second Degree Murder, did receive, relieve, comfort, and assist multiple individuals, known and unknown to the Grand Jury, involved in the murder of [Name Redacted], in order to hinder and prevent the apprehension, trial, and punishment of said individuals, all in violation of 18 U.S.C. § 3.

A TRUE BILL:

***Name Redacted***

---
Foreperson

DENNIS R. HOLMES
United States Attorney

By: _____